11. **Translations**.  In the event that the United States intends to utilize translations of any conversations, copies or transcripts of such translations shall be produced for defense counsel no later than thirty (30) days prior to the date of trial.  The correctness of any such translation or transcript will be deemed admitted, unless defense counsel serves and files with the Court, fourteen (14) days prior to the date of trial, a notice that counsel objects to the translation or transcript, specifying the portions thereof to which objection is made and counsel's contentions as to the correct translation.

12. **Motions.**  In multi defendant cases, each defendant shall file his/her own motions.  A letter asking the court to join in co-defendants motions will not be addressed.  All pretrial motions not otherwise specifically provided for in this or other Orders of the Court in this case will be deemed waived unless they are filed and served not later than:

|  |  |
|---|---|
| Motions due: | 1 March  2010 |
| Opposition due: | 15 March  2010 |
| Motions hearing date: | 29 March  2010 |
| **Trial date**: | 12 April  2010 |

13. **Instructions and Voir Dire.**  Counsel shall furnish to the Court, five (5) days prior to the date of trial, an agreed upon statement summarizing the case, requests to charge and proposed voir dire questions.

　　　　　　　　　　　　　　　　　/s/ Dennis M. Cavanaugh
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: 1 February 2010

DNJ Order for Discovery Inspection-4/03