UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Criminal No. 03-490 |
| OLIVIO NUNEZ (a/k/a "Primo"/"Primavera") | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney) and defendant Olivio Nunez (by Paul Condon, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from and including August 3, 2010 through and including September 30, 2010, to allow the parties to continue to conduct plea negotiations and to attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, on this 30th day of July, 2010,

IT IS ORDERED that the period from and including August 3, 2010 through and including September 30, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

I hereby consent to the form
and entry of this Order

_____
Paul Condon, Esq.
Counsel for defendant Olivio Nunez

_____
Aaron Mendelsohn
Assistant United States Attorney